Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED 13 JUN '22 15:02 USDC-ORE

# UNITED STATES DISTRICT COURT
for the
District of Oregon

_____ Division

| | |
|---|---|
| JED COOPER | Case No. 6:22-CV-00853-AA |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| Lane County Sheriff's Office | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JED COOPER |
| Street Address | 760 A St, |
| City and County | springfeild |
| State and Zip Code | OR 97477 |
| Telephone Number | 650 644 3878 |
| E-mail Address | ROLLAH@PROTONMAIL.COM |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    Defendant No. 1

        Name                                 Lane County Sheriff's Office

        Job or Title *(if known)*

        Street Address                  25 E 8th Ave, Eugene,

        City and County                 Eugene,

        State and Zip Code             OR 97401

        Telephone Number            (541) 682-4150

        E-mail Address *(if known)*

    Defendant No. 2

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

    Defendant No. 3

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

    Defendant No. 4

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Obstruction of justice allowing a known associate of law enforcement to lie.
14 amendment denial of equal protection under the law. based on nation of origin
Providing false statements. gun shots go off all the time/ L.C.S.O does not own body cams.
falsification of records, EMS calls scrubbed from record. Falsification of report.
Negligence not ensuring Kim Randale was safe after 911 call

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

All Points North Lodge 90 day stay to deal with PTSD
X3
$765000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Timmy tried to murder me with an Axe, & then loaded a fire arm in front of me later discharged it to try scare me , Reported it at Lane county sheriff's office, Receptionist Kareem say oh he's not lying there is a 911 call from Kim Randale for this incident.
Asked deputy to get body cam as my phone went flat waiting several hours to give report, he lied and said sheriffs do not own body cams, "sheriff said how long have you been here" "gun shots go off all the time" blatant racism, and a lie to cover up 911 call.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All Points North Lodge 90 day stay to deal with PTSD
1st visit unpack treated different because I was not from here and lied to about it. $85000
2nd negligence my friend being no follow up to make sure Kim was OK (will never be ok) $85000
3rd Dead wood massacre 3 weeks later and think how that could of been me $85000
total
$765000

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/13/2022

Signature of Plaintiff

Printed Name of Plaintiff: JED COOPER

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address