IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JED COOPER, | Civ. No. 6:22-cv-00853-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| JARED D. CRAWFORD; LANE COUNTY, OREGON, | |
| Defendants. | |

AIKEN, District Judge.

*Pro Se* Plaintiff Jed Cooper seeks leave to proceed *in forma pauperis* ("IFP") in this action. ECF No. 2. On July 13, 2022, this Court dismissed Plaintiff's Amended Complaint with leave to amend. Plaintiff was advised that failure to file an amended complaint would result in a judgment of dismissal without further notice. ECF No. 7. On August 12, 2022, the Court granted Plaintiff's request for an extension of time to file an amended complaint, setting a due date of November 10, 2022. ECF No. 9. No amended complaint has been filed. Consistent with the Court's prior Order, this case is DISMISSED without prejudice. In the absence of an operative complaint,

Plaintiff's IFP petition, ECF No. 2, is DENIED. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this ___17th___ day of January 2023.

                                            /s/Ann Aiken
                                            ANN AIKEN
                                            United States District Judge