IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JED COOPER,

        Plaintiff,

   v.

JARED D. CRAWFORD;
LANE COUNTY, OREGON,

        Defendants.

Civ. No. 6:22-cv-00853-AA

**JUDGMENT**

AIKEN, District Judge.

    For the reasons set forth in the accompanying Order, this case is DISMISSED without prejudice.

    It is so ORDERED and DATED this ___17th___ day of January 2023.

                                      /s/Ann Aiken
                                      ANN AIKEN
                                      United States District Judge